# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0224
LT Case No. 2023-CF-000442-A

_____

GREGORY JOSEPH SETTLE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Citrus County.
Joel D. Fritton, Judge.

Matthew J. Metz, Public Defender, and Andrew Mich, Assistant
Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Roberts J.
Bradford, Jr., Assistant Attorney General, Daytona Beach, for
Appellee.

February 28, 2025

PER CURIAM.

In this *Anders*[1] appeal, we affirm Appellant's judgment and
sentence. However, we remand to reduce the Teen Court Fund
cost to $6.00 to match the trial court's oral pronouncement that the

--------

[1] *Anders v. California*, 386 U.S. 738 (1967).

cost applies only to counts II and III.  *See Williams v. State*, 957 So. 2d 600, 603 (Fla. 2007); *see also* § 938.19(2), Fla. Stat. (2023).

AFFIRMED and REMANDED with INSTRUCTIONS.

EISNAUGLE, HARRIS, and KILBANE, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————